UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>                    -v.-<br><br>TACOBY THOMAS,<br><br>                              Defendant. | 15 Cr. 667-10 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

On June 25, 2020, the Court received a motion for compassionate release, from Tacoby Thomas, pursuant to 18 U.S.C. § 3582(c)(1)(A).  The Court has instructed the Clerk of Court to file such motion under seal as it contains information about Mr. Thomas's medical condition.  The Government is hereby ORDERED to respond on or before **July 10, 2020**.  If Mr. Thomas wishes to file a reply brief he may do so on or before **July 24, 2020**.

SO ORDERED.

Dated:  June 26, 2020
        New York, New York

                                                                     _____
                                                                     KATHERINE POLK FAILLA
                                                                     United States District Judge

*A copy of this Order was mailed by Chambers to:*
```
Tacoby Thomas
Register No. 24444-055
FCI Allenwood Low
Federal Correctional Institution
P.O. Box 1000
White Deer, PA 17887
```